United States District Court
Southern District of Texas
**ENTERED**
November 03, 2023
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS,
## GALVESTON DIVISION

| | | |
|---|---|---|
| **GCM H/M UNDERWRITING POOL 2022 COMPANIES AND INTERESTS (ATLANTIC SPECIALTY INSURANCE COMPANY, MARKEL AMERICAN INSURANCE COMPANY, PROCENTURY INSURANCE COMPANY, and MITSUI SUMITOMO INS. CO. OF AMERICA)** | § § § § § § § § § | |
| *Plaintiffs*, | § § | **Civil Action No. 3:23-cv-103** |
| **v.** | § S | **IN ADMIRALTY – FRCP 9(h)** |
| **EAGLE E&R, LLC, MICHAEL SANCHEZ, RICHARD PERRY AND CHARLES SIMMONS** | § § § § | |
| *Defendants*. | § | |

## ORDER OF DISMISSAL AND FINAL JUDGMENT

On the below entered date came on to be heard the Joint Motion to Dismiss of Plaintiffs/Counter-Defendants, GCM H/M UNDERWRITING POOL 2022 COMPANIES AND INTERESTS (ATLANTIC SPECIALTY INSURANCE COMPANY, MARKEL AMERICAN INSURANCE COMPANY, PROCENTURY INSURANCE COMPANY, and MITSUI SUMITOMO INS. CO. OF AMERICA), Defendant/Counter-Plaintiff, EAGLE E&R, LLC and Defendants, MICHAEL SANCHEZ, RICHARD PERRY AND CHARLES SIMMONS, and the Court having considered this Motion and finding that it should be granted; it is therefore

ORDERED, ADJUDGED AND DECREED that both Plaintiffs' Original Complaint and Counter-Plaintiff's Original Counterclaim are hereby dismissed with prejudice with each party to this cause

287833366v.1

to bear their respective costs of court, attorney's fees and other litigation-related expenses.  All relief sought herein which is not expressly granted is denied. This is a Final Judgment.

Signed ~~at Galveston, Texas~~ this ___3rd___ day of _____November_____, 2023.

_____
Magistrate Judge Andrew W. Edison

**APPROVED AND ENTRY REQUESTED:**

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP**

_/s/ Ronald L. White_
_____
Ronald L. White
Texas Bar No. 21328300
Fed. Bar No. 234
Ronald.White@wilsonelser.com
909 Fannin Street, Suite 3300
Houston, Texas 77010
Tel: 713-353-2000
Fax: 713-786-7780

**ATTORNEYS FOR PLAINTIFFS/COUNTER-DEFENDANTS, GCM H/M
UNDERWRITING POOL 2022 COMPANIES AND INTERESTS (ATLANTIC
SPECIALTY INSURANCE COMPANY, MARKEL AMERICAN INSURANCE
COMPANY, PROCENTURY INSURANCE COMPANY, and MITSUI SUMITOMO INS.
CO. OF AMERICA)**

**THE CREW LAW FIRM, P.C.**

*/s/ Paxton N. Crew (by permission)*
Paxton N. Crew
Texas Bar No. 24058720
Fed. Bar No. 859147
Paxton@thecrewlawfirm.com
303 E. Main, Suite 260
League City, Texas 77573
Tel:  713-955-0909
Fax: 409-908-4050

**ATTORNEY FOR DEFENDANT/COUNTER-PLAINTIFF, EAGLE E&R, LLC, AND DEFENDANTS, MICHAEL SANCHEZ, RICHARD PERRY AND CHARLES SIMMONS**

7